PEOPLES SAVINGS BANK, Respondent, v. EDDY, County Treasurer, et al, Appellants.

(202 N. W. 475.)

(File No. 5435.    Opinion filed February 24, 1925.)

**Appeal and Error—Moot Questions—Payment of Judgment for Partial Refund of Tax Levy, Rendered Questions, Raised on Motion to Vacate, Moot.**

Payment of default judgment, requiring county treasurer to refund part of tax levied on shares of bank stock, held to render questions, raised on order denying motion to vacate, moot.

Appeal from Circuit Court, Codington County; Hon. W. N. SKINNER, Judge.

Action by the People's Savings Bank of Watertown against R. L. Eddy, County Treasurer, and another.  Judgment for plain-

tiff. From an order denying motion to vacate, defendants appeal. Affirmed.

*Vern G. Wohlheter,* State's Attorney, of Watertown, for Appellants.

*McFarland & Kremer,* of Watertown, for Respondent.

GATES, J. A judgment in this case was entered on May 7, 1923, by default, requiring the county treasurer to repay to respondent the difference between a three-mill tax levy and the amount actually levied on the shares of stock in plaintiff bank. The case was similar in its nature to that of First Nat. Bank v. Eddy, 47 S. D. 233, 197 N. W. 290; Id. 47 S. D. 297, 198 N. W. 554. On May 9, 1923, defendants obtained an order to show cause why the judgment should not be vacated returnable May 14, 1923. On May 19, 1923, the trial court entered an order denying the motion of defendants of vacate the judgment. On May 22, 1923, the judgment was paid and satisfied. On June 18, 1923, defendants perfected an appeal to this court from the order denying the motion to vacate the judgment.

By reason of the payment of the judgment, the questions before us have become moot.

The order appealed from is affirmed.

Note.—Reported in 202 N. W. 475. See, Headnote, American Key-Numbered Digest, Appeal and error, Key-No. 1138, 4 C. J. Sec. 3129.